UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
 :
IN RE APPLICATION OF DANIEL SNYDER :
FOR AN ORDER DIRECTING DISCOVERY :
FROM : 20 Misc. 323
THE ARDENT GROUP, LLC PURSUANT TO :
28 U.S.C. § 1782 : **ORDER**
 :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Applicant has filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 to conduct discovery in a foreign proceeding. It is hereby

**ORDERED** that Applicant shall serve all interested parties, including the subpoena recipient, with the papers in support of the application by **September 25, 2020**. It is further

**ORDERED** that responsive papers, if any, are due by **October 2, 2020**. Reply papers, if any, are due by **October 9, 2020**. No submissions may exceed six pages and shall otherwise comply with the Court's Individual Rules.

Dated: September 18, 2020
    New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**