UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
IN RE APPLICATION OF DANIEL SNYDER :
FOR AN ORDER DIRECTING DISCOVERY :
FROM : 20 Misc. 323
THE ARDENT GROUP, LLC PURSUANT TO :
28 U.S.C. § 1782 : ORDER
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Applicant has filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 to conduct discovery in a foreign proceeding;

WHEREAS, by Order at Dkt. No. 6, the Applicant was directed to serve all interested parties, including the subpoena recipient, with the papers in support of the application. It is hereby

**ORDERED** that by **October 8, 2020**, Applicant shall file a letter confirming whether all interested parties, including the subpoena recipient, have been served with the papers in support of the application.

Dated: October 6, 2020
New York, New York